1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9    UNITED STATES OF AMERICA,              Case No. 2:11-cr-00438-MMD-CWH

10                     Plaintiff-Appellee,   USCA No. 13-10040

11        v.                                             ORDER

12   DARREN LAMONT McCOY,

13                     Defendant-Appellant.

14

15        Pursuant to order of the United States Court of Appeals for the Ninth Circuit in the

16   above-referenced case, the motion of appellant's counsel, Saraliene Smith Durrett, Esq.

17   to withdraw as counsel of record and to appoint new counsel was granted (dkt. no. 102).

18        IT IS HEREBY ORDERED that Angela H. Dows, Esq. (1333 N. Buffalo Dr., Suite

19   210, Las Vegas, NV 89138, phone number 702-794-4411) is appointed as counsel for

20   defendant-appellant Darren Lamont McCoy.

21        IT IS FURTHER ORDERED, pursuant to the order of the United States Court of

22   Appeals for the Ninth Circuit, the Clerk of Court is directed to notify the Clerk of the Ninth

23   Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

24        DATED  this 19th day of February 2013.

25        Nunc Pro Tunc Date: February 7, 2013.

26

27        _____
          MIRANDA M. DU
28        UNITED STATES DISTRICT JUDGE