UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America | |
|---|---|
| Plaintiff, | |
| vs. | District No. 2:11-cr-438-MMD-CWH |
| Darren Lamont McCoy | |
| Defendant. | |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On March 15th, 2013 this court received a CJA 24 order form dated March 14th, 2013 requesting a Transcript of the Sentencing held on January 7th, 2013 from Ms. Angela Dows, Counsel for Mr. Darren McCoy, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defendant Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 19 day of March, 2013.

Miranda M. Du
United States Judge