UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00438-MMD-CWH-1 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DARREN LAMONT McCOY, | |
| Defendant. | |

Defendant sent a letter to the Court, which the Court has directed to be filed. (Dkt. no. 144.) There are three problems with Defendant's letter. First, *ex parte* communications with a judge are inappropriate in most circumstances. *See* Local Rules, Part II, LR 7-6. Second, a document requesting a Court order must be styled as a motion, not a letter (*see* F.R.C.P. 7). Letters to a judge will be disregarded. Finally, a party who is represented by counsel may not appear or act in the case. Local Rule IA 10-6. The Court will not take any action in response to the letter. However, Defendant's counsel is directed to meet and confer with his client to determine if there is any reason why counsel believes he would not be able to meaningfully represent Defendant further in this case and to raise any issue with the Court.

DATED THIS 26th day of September 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE