DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| UNITED STATES OF AMERICA, | 2:11-cr-438-MMD-CWH |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE EVIDENTIARY HEARING |
| DARREN LAMONT MCCOY, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Amber M. Craig, Assistant United States Attorney, counsel for the United States of America, and Kathleen Bliss, Esq., counsel for Defendant Darren Lamont McCoy, that the evidentiary hearing on the Defendant's Motion, Pursuant to 28 U.S.C. § 2255, to Vacate, Set Aside, or Correct Sentence, currently scheduled for June 10, 2015, at 9:30 a.m., be vacated and continued for thirty days, or to a date to be set at the Court's convenience.

This stipulation is entered into for the following reasons:

1.  Government counsel was recently reassigned and this matter will be assigned to a new attorney who will require additional time to become familiar with the facts, issues, and evidences. The Government respectfully requests additional time to allow the new attorney to prepare for the evidentiary hearing.

2.  The Defendant is in custody and does not object to the continuance.

3. This is the fifth request for a continuance filed herein.

DATED this _____ day of June, 2015.

                                                     DANIEL G. BOGDEN
                                                   United States Attorney

 /s/ Kathleen Bliss                        /s/ Amber M. Craig
KATHLEEN BLISS, ESQ.             AMBER M. CRAIG
Counsel for Defendant McCoy      Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **2:11-cr-438-MMD-CWH** |
| vs. | ORDER |
| DARREN LAMONT MCCOY, | |
| Defendant. | |

Based upon the pending Stipulation of counsel, and good cause appearing therefore:

IT IS HEREBY ORDERED that the evidentiary hearing on the Defendant's Motion, Pursuant to 28 U.S.C. § 2255, to Vacate, Set Aside, or Correct Sentence, currently scheduled for June 10, 2015, at 9:30 a.m. be vacated and continued to the 29th day of July, 2015, at the hour of 9:30 AM in a Las Vegas Courtroom to be determined.

DATED this 4th day of June, 2015.

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE