UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00438-MMD-CWH |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DARREN LAMONT McCOY, | |
| Defendant. | |

Defendant Darren Lamont McCoy, who is represented by counsel, has filed a letter with the Court. (Dkt. no. 198.) Pursuant to Local Rule IA 10-6, a party who is represented by counsel may not appear or act in the case. The Court will not take any action in response to Defendant's letter. However, Defendant's counsel is directed to meet and confer with her client to determine if there is any reason why counsel believes she would not be able to meaningfully represent Defendant further in this case, or file a motion to withdraw if needed.

DATED THIS 11th day of August 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE