DANIEL G. BOGDEN
United States Attorney
District of Nevada
DANIEL J. COWHIG
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336
702-388-5087

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DARREN LAMONT McCOY,<br><br>　　　　　　Defendant. | Case No.: 2:11-cr-00438-MMD-CWH<br><br>STIPULATION REGARDING THE PREPARATION OF TRANSCRIPTS AND SIMULTANEOUS SUBMISSION OF CLOSING BRIEFS |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney for the United States of America, and Kathleen Bliss, Esq., counsel for the Defendant Darren Lamont McCoy, that the parties shall submit simultaneous closing briefs to the court 30 days after the release of the transcript for the October 14, 2015 hearing.  The parties further stipulate that the Government will order the transcript, to be prepared at the standard rate.

　　　DATED this 16th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　　DANIEL G. BOGDEN
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


/s/ Kathleen Bliss　　　　　　　　　　　　　/s/ Daniel J. Cowhig
KATHLEEN BLISS, ESQ.　　　　　　　　　DANIEL J. COWHIG
Counsel for Defendant McCOY　　　　　　　Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-0438-MMD-CWH |
| Plaintiff, | ORDER |
| vs. |  |
| DARREN LAMONT MCCOY, |  |
| Defendant. |  |

Based upon the pending Stipulation of counsel, and good cause appearing therefore:

IT IS HEREBY ORDERED that the parties shall submit simultaneous closing briefs to the court 30 days after the release of the transcript for the October 14, 2015 hearing. The Government shall order the transcript, to be prepared at the standard rate.

DATED this 19th day of October, 2015.

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2