KATHLEEN BLISS
Nevada Bar No. 7606
4240 W Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Telephone: 702.366.1888
FAX: 702.366.1940

Attorney for Darren McCoy

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARREN MCCOY,<br><br>Defendant. | CASE NO. 2:11-cr-00438-MMD-CWH<br><br>**STIPULATION TO EXTEND CLOSING BRIEF DEADLINE**<br><br>AND ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED, by and between Kathleen Bliss, counsel for Darren McCoy and Daniel Cowhig, Assistant United States Attorney allowing an extension of the closing brief deadline. A proposed order is submitted herewith.

This Stipulation is entered into for the following reasons:

1. Defendant, Darren McCoy, was recently moved from the Nevada Southern Detention Center in Pahrump, NV to High Desert State Prison in Indian Springs, NV. Counsel for Mr. McCoy only confirmed this on November 4, 2015, after several calls to High Desert.

2. Defendant and his counsel have been unable to speak with each other regarding the closing brief due to the state of flux regarding Mr. McCoy's location. Further,

counsel has not yet confirmed that Mr. McCoy even received the transcript, though it was sent to him upon its completion on October 21, 2015.

3. The Order for the deadline of the closing briefs to be filed simultaneous 30 days after the release of the transcript of the October 14, 2015 hearing was signed by Judge Du on October 19, 2015.

4. The transcript from the October 14, 2015 hearing was released on October 22, 2015 which makes the closing brief deadline, November 21, 2015.

5. Counsel are requesting a 30 day extension from the November 21, 2015 deadline to file their closing briefs. The new deadline would be December 21, 2015

DATED this 5th day of November, 2015.

By: /s/ Kathleen Bliss
KATHLEEN BLISS,
Counsel for Darren McCoy

By: /s/ Daniel Cowhig
DANIEL COWHIG
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARREN MCCOY.<br><br>Defendant. | CASE NO. 2:11-cr-00438-MMD-CWH<br><br>STIPULATION TO EXTEND CLOSING BRIEF DEADLINE |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant, Darren McCoy, was recently moved from the Nevada Southern Detention Center in Pahrump, NV to High Desert State Prison in Indian Springs, NV.

2. Defendant and his counsel have been unable to speak with each other regarding the closing brief due to Mr. McCoy's recent relocation. Counsel also has been unable to confirm with Mr. McCoy that he received the transcript of hearing, though counsel represents that it was sent to him upon its completion on October 21, 2015.

3. The Order for the deadline of the closing briefs to be filed simultaneous 30 days after the release of the transcript of the October 14, 2015 hearing was signed by Judge Du on October 19, 2015.

4. The transcript from the October 14, 2015 hearing was released on October 22, 2015 which makes the closing brief deadline, November 21, 2015.

3

5. Counsel are requesting a 30 day extension from the November 21, 2015 deadline to file their closing briefs. The new deadline would be December 21, 2015

## ORDER

IT IS THEREFORE ORDERED, that new closing brief deadline is due the 21st day of December 2015.

DATED THIS 9th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure, I certify that I am an employee of THE FEDERAL DEFENDERS LAW GROUP, LLC, and that on this 5th day of November, 2015, I did cause a true and correct copy of:

**STIPULATION TO EXTEND CLOSING BRIEF DEADLINE**

To be served electronically to the parties of record through electronic mail:

By: /s/ *Krystle Platero*

An employee of
THE FEDERAL DEFENDERS LAW GROUP, PLLC